**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7372**

PHILLIP JEROME MURPHY,

Petitioner - Appellant,

v.

B. M. ANTONELLI,

Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  David C. Norton, District Judge.  (8:17-cv-03217-DCN)

Submitted:  March 14, 2019                    Decided:  March 19, 2019

Before WYNN and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Phillip Jerome Murphy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Jerome Murphy, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Murphy v. Antonelli*, No. 8:17-cv-03217-DCN (D.S.C. Oct. 9, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*